UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DEAN CATES,<br>Plaintiff,<br>v.<br>GUTIERREZ, *et al.*,<br>Defendants. | Case No. 2:25-cv-2469-WBS-JDP (P)<br><br>ORDER |

On May 7, 2026, I directed plaintiff to show cause why this action should not be dismissed due to his failure to file an amended complaint as directed by my screening order. ECF Nos. 7 & 11. He filed a response thereto on June 5, 2026, along with a motion to file an untimely response. ECF Nos. 12 & 13. Plaintiff's motion to file an untimely response, ECF No. 12, is granted and his response, ECF No. 13, is timely.

In his response to my order, plaintiff appears to be laboring under the mistaken assumption that he is entitled to "limited discovery" before filing his amended complaint. Id. at 2. There are no served defendants to seek discovery from and, at this pleading stage, plaintiff is required only to set forth his allegations as to why he is entitled to some relief. He should be aware of his own allegations without discovery.

Accordingly, it is ORDERED that:

1. Plaintiff's motion to file untimely response, ECF No. 12, is GRANTED and his response, ECF No. 13, is deemed timely.

2. If plaintiff wishes to proceed with this action, he must file an amended complaint within fourteen days of this order's entry. His failure to do so will result in the issuance of findings and recommendations that this action be dismissed for failure to prosecute.

3. The Clerk of Court shall send plaintiff a complaint form with this order.

IT IS SO ORDERED.

Dated: September 10, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE